Michael **HUMPHREY**, Petitioner–Appellant,

v.

Ken **CLARK**, Warden, Respondent–Appellee.

No. 10–55248.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 3, 2012.

Filed Dec. 19, 2012.

Michael Humphrey, Soledad, CA, pro se.

Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: PREGERSON, PAEZ, and HURWITZ, Circuit Judges.

* This disposition is not appropriate for publication and is not precedent except as provided

**MEMORANDUM** *

Petitioner–Appellant Michael Humphrey appeals the district court's denial of his 28 U.S.C. § 2254 habeas petition as untimely. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. Humphrey argues that he is entitled to equitable tolling of the one-year AEDPA statute of limitations on the basis of his limited mental capacity. After the district court entered judgment in this case, we decided *Bills v. Clark,* 628 F.3d 1092 (9th Cir.2010), which provides a framework for determining whether a habeas petitioner is entitled to equitable tolling of the statute of limitations on the basis of a mental impairment. Because the district court did not have the benefit of our decision in *Bills,* we vacate the judgment and remand to the district court for reconsideration under the *Bills* framework.

**VACATED and REMANDED.**